UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA J. RAMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-0328-ABJ |
| ) | |
| WILLIAM P. BARR, ) | |
| ) | |
| Defendant, ) | |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will kindly enter the appearance of Assistant United States Attorney Alan Burch and remove the appearance of John Moustakas as counsel for Defendant in this case.

October 18, 2019

Respectfully submitted,

 /s/ *Alan Burch*
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 Fourth St., NW, Washington, DC 20530
(202) 252-2550, alan.burch@usdoj.gov

*Counsel for Defendant*