UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA J. RAMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-0328 (ABJ) |
| ) | |
| WILLIAM P. BARR, in his official capacity as ) | |
| U.S. Attorney General, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diana V. Valdivia as counsel for Defendant in the above captioned case, substituting for Assistant United States Attorney Alan Burch.

Respectfully submitted,

/s/ *Diana V. Valdivia*
Diana V. Valdivia, D.C. BAR # 1006628
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2545
diana.valdivia@usdoj.gov